GEORGE D. YARON, ESQ. (State Bar #96246)
gyaron@yaronlaw.com
DAVID G. DOUGLAS, ESQ. (State Bar #168085)
ddouglas@yaronlaw.com
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone:    (415) 658-2929
Facsimile:    (415) 658-2930

MARK A. HOOPER, ESQ. (State Bar #173979)
mark.hooper@rsg-law.com
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
Telephone:    (312) 466-8050
Facsimile:    (312) 466-8055

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SCHOEPP CONSTRUCTION INC., GREGORY SCHOEPP, MICHAEL DAYAN, CIVITELLO-JOY REMODELING, JEAN JACQUES BIENAIME, JENNIFER BIENAIME, DOES 1 THROUGH 10, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> CASE NO.: 3:12-CV-05835-NC |

IT IS HEREBY ORDERED that the Stipulation and Request of Plaintiff Lincoln General Insurance Company and Defendants Jean Jacques Bienaime and Jennifer Bienaime to continue the Initial Case Management Conference, pursuant to Northern District Local Rules, 6-2 and 16-10(a), is

1  granted, and the current Initial Case Management Conference date of February 13, 2013 is continued to

2  __April 3, 2013__, 2013 at 10:00 a.m. The parties shall file a joint case management statement including

3  their consent or declination to magistrate judge no later than March 27, 2013.

4

5  Dated: __January 22, 2013__, 2013

                                                        Nathanael Cousins
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)