1  GEORGE D. YARON, ESQ. (State Bar #96246)
   gyaron@yaronlaw.com
2  DAVID G. DOUGLAS, ESQ. (State Bar #168085)
3  ddouglas@yaronlaw.com
   YARON & ASSOCIATES
4  601 California Street, 21st Floor
   San Francisco, California 94108-2281
5  Telephone:   (415) 658-2929
6  Facsimile:   (415) 658-2930

7  MARK A. HOOPER, ESQ. (State Bar #173979)
   mark.hooper@rsg-law.com
8  RUBERRY, STALMACK & GARVEY, LLC
9  500 West Madison Street, Suite 2300
   Chicago, Illinois 60661
10 Telephone:   (312) 466-8050
11 Facsimile:   (312) 466-8055

12 Attorneys for Plaintiff, LINCOLN GENERAL
   INSURANCE COMPANY
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOEPP CONSTRUCTION INC., GREGORY SCHOEPP, MICHAEL DAYAN, CIVITELLO-JOY REMODELING, JEAN JACQUES BIENAIME, JENNIFER BIENAIME, DOES 1 THROUGH 10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING RESUMED STIPULATED REQUEST FOR ORDER: (1) STAYING DECLARATORY JUDGMENT ACTION PENDING MEDIATION IN THE UNDERLYING STATE COURT LITIGATION; AND (2) POSTPONING ALL PENDING DEADLINES UNTIL FURTHER ORDER OF COURT** AS MODIFIED<br><br>CASE NO.: 3:12-CV-05835-NC |

   IT IS HEREBY ORDERED that the Resumed Stipulation and Request of Plaintiff Lincoln General Insurance Company and Defendants Jean Jacques Bienaime and Jennifer Bienaime to: (1) stay

~~PROPOSED~~ ORDER                                   1

1  this Declaratory Judgment Action until August 30, 2013 pending mediation in the Underlying State

2  Court litigation; and (2) postponing all pending deadlines until further Order of Court, is granted, for

3  good cause shown. The parties shall file a joint ~~status report on the status of progress in the mediation~~ updated case management statement

4

5  no later than _____September 11_____, 2013. Case Management Conference is continued to

6  September 18, 2013, at 10:00 a.m.

7  Dated: _____June 5_____, 2013   _____

8  Nathanael Cousins
   United States Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Nathanael M. Cousins

~~PROPOSED~~ ORDER                    2