GEORGE D. YARON, ESQ. (State Bar #96246)
gyaron@yaronlaw.com
DAVID G. DOUGLAS, ESQ. (State Bar #168085)
ddouglas@yaronlaw.com
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone:   (415) 658-2929
Facsimile:   (415) 658-2930

MARK A. HOOPER, ESQ. (State Bar #173979)
mark.hooper@rsg-law.com
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
Telephone:   (312) 466-8050
Facsimile:   (312) 466-8055

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOEPP CONSTRUCTION INC., GREGORY SCHOEPP, MICHAEL DAYAN, CIVITELLO-JOY REMODELING, JEAN JACQUES BIENAIME, JENNIFER BIENAIME, DOES 1 THROUGH 10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING RESUMED STIPULATED REQUEST FOR ORDER: (1) STAYING DECLARATORY JUDGMENT ACTION PENDING MEDIATION IN THE UNDERLYING STATE COURT LITIGATION; AND (2) POSTPONING ALL PENDING DEADLINES UNTIL FURTHER ORDER OF COURT** AS MODIFIED<br><br>CASE NO.: 3:12-CV-05835-NC |

IT IS HEREBY ORDERED that the Resumed Stipulation and Request of Plaintiff Lincoln General Insurance Company and Defendants Jean Jacques Bienaime and Jennifer Bienaime to: (1) stay

PROPOSED ORDER                                                  1

1  this Declaratory Judgment Action until August 30, 2013 pending mediation in the Underlying State
2  Court litigation; and (2) postponing all pending deadlines until further Order of Court, is granted, for
3  good cause shown. The parties shall file a joint updated case management statement ~~status report on the status of progress in the mediation~~
4  
5  no later than ____September 11____, 2013. Case Management Conference is continued to
6  September 18, 2013, at 10:00 a.m.

7  Dated: _____June 5_____, 2013   _____
8                                          Nathanael Cousins
                                            United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~PROPOSED~~ ORDER                           2