1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SCHOEPP CONSTRUCTION INC., GREGORY SCHOEPP, MICHAEL DAYAN, CIVITELLO-JOY REMODELING, JEAN JACQUES BIENAIME, JENNIFER BIENAIME, DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 3:12-cv-05835 NC<br><br>**ORDER TO SUBMIT PROOF OF ELIGIBILITY TO PRACTICE LAW** |

Counsel for Plaintiff, Mark A. Hooper, is ORDERED to submit proof to the Court of his current eligibility to practice law in California, no later than September 24, 2013. The Court notes that the State Bar website lists Mr. Hooper as suspended and not eligible to practice law as of July 2, 2013, for failure to pay Bar membership fees. To practice before this Court, "an attorney must be an active member in good standing of the State Bar of California." Civ. L.R. 11-1(b). The Court draws Mr. Hooper's attention to Civil Local Rule 11-1(g)(1), which states that the Clerk of this Court may note Mr. Hooper's

1  suspension on his admission record, and that an attorney who files papers or otherwise
2  practices before the Court while ineligible may be subject to an order of the Chief District
3  Judge to show cause why a suspension or disbarment order should not be entered.

5  IT IS SO ORDERED.

6  Date: September 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge