UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE CO., | Case No. 12-cv-05835 NC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| SCHOEPP CONSTRUCTION INC., and others, | |
| Defendants. | |

In accordance with this Court's order of September 10, 2013, Plaintiff's counsel submitted proof of current eligibility to practice law in California. The order to show cause is therefore DISCHARGED.

IT IS SO ORDERED.

Date: October 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge