1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

LINCOLN GENERAL INSURANCE CO.,

             Plaintiff,

    v.

SCHOEPP CONSTRUCTION INC., and others,

           Defendants.

Case No. 12-cv-05835 NC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    In accordance with this Court's order of September 10, 2013, Plaintiff's counsel submitted proof of current eligibility to practice law in California.  The order to show cause is therefore DISCHARGED.

    IT IS SO ORDERED.

    Date: October 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge