1  GEORGE D. YARON, ESQ. (State Bar #96246)
   gyaron@yaronlaw.com
2  DAVID G. DOUGLAS, ESQ. (State Bar #168085)
   ddouglas@yaronlaw.com
3  YARON & ASSOCIATES
4  601 California Street, 21st Floor
   San Francisco, California 94108-2281
5  Telephone:    (415) 658-2929
6  Facsimile:    (415) 658-2930

7  MARK A. HOOPER, ESQ. (State Bar #173979)
   mark.hooper@rsg-law.com
8  RUBERRY, STALMACK & GARVEY, LLC
9  500 West Madison Street, Suite 2300
   Chicago, Illinois 60661
10 Telephone:    (312) 466-8050
11 Facsimile:    (312) 466-8055

12 Attorneys for Plaintiff, LINCOLN GENERAL
   INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHOEPP CONSTRUCTION INC., GREGORY SCHOEPP, MICHAEL DAYAN, CIVITELLO-JOY REMODELING, JEAN JACQUES BIENAIME, JENNIFER BIENAIME, DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER: (1) CONTINUING STAY OF DECLARATORY JUDGMENT ACTION PENDING MEDIATION IN THE UNDERLYING STATE COURT LITIGATION; AND (2) POSTPONING ALL PENDING DEADLINES UNTIL FURTHER ORDER OF COURT<br><br>CASE NO.: 3:12-CV-05835-NC |

IT IS HEREBY ORDERED that the Stipulated Request of Plaintiff Lincoln General Insurance Company and Defendants Jean Jacques Bienaime and Jennifer Bienaime to: (1) stay this Declaratory Judgment Action until May 29, 2014 pending mediation in the Underlying State Court litigation; and (2)

1  postponing all pending deadlines until further Order of Court, is granted, for good cause shown. The
2  parties shall file a joint updated case management statement no later than
3  _____June 4_____, 2014. Case Management Conference is continued to
4  
5  _____June 11_____, 2014, at __10:00 AM
6  
7  Dated: _____January 21_____, 2014
8  Nathana[el]
   United S[tates]
9  

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~PROPOSED~~ ORDER                                  2